IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Nexlink Communication, LLC, | : | |
|     Plaintiff | : | Civil Action 2:12-mc-00047 |
| v. | : | Judge Graham |
| Nick Glassburn, *et al.*, | : | Magistrate Judge Abel |
|     Defendants | : | |
| | : | |

**ORDER**

This matter is before the Magistrate Judge on plaintiff's Nexlink Communication, LLC's ("Nexlink") unopposed February 7, 2013 motion to compel (doc. 4).

Nexlink is the holder of default judgments against defendants in the amount of $101,189.91.  On December 20, 2012, Nexlink subpoenaed defendants related to the underlying default judgments and their finances and assets. Nexlink maintains that the supoenas were properly served on December 21, 2012.

Nexlink seeks an order pursuant to Rule 45(c)(2)(B)(i), Fed. R. Civ. P. compelling defendants to produce the documents sought in the subpoenas. Defendants failed to produce the documents. Defendants have also failed to file a motion to quash or modify the subpoenas under Rule 45(c)(3). Nexlink also asks that the Court require defendants to pay their attorney fees incurred in filing this motion.

Plaintiff's Nexlink Communication, LLC's ("Nexlink") unopposed February 7, 2013 motion to compel (doc. 4) is **GRANTED**. Defendants Nick Glassburn and Tower Wireless, Ltd. are **ORDERED** to produce the documents or electronically stored information listed in Exhibit A of the subpoenas and permit their inspection or copying within twenty-one (21) days of the date of this Order. Failure to comply with this Order will place defendants in contempt of court.

Plaintiff is entitled to award of its attorney fees incurred in bringing its motion to compel. Plaintiff is **ORDERED** to submit an itemized statement of such costs and fees and supporting memorandum **within fourteen (14) days of the date of this Order.** Thereafter, defendants may file a brief in opposition within seven (7) days of the date of service of plaintiff's statement and supporting memorandum.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge.  The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto.  The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/Mark R. Abel  
United States Magistrate Judge