IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Nexlink Communication, LLC, | : | |
| Plaintiff | : | Civil Action 2:12-mc-00047 |
| v. | : | Judge Graham |
| Nick Glassburn, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |
| | : | |

## Certification and Recommendation

For the reasons set out below, the Magistrate Judge recommends that the District Judge order defendants to show cause why they should not be held in civil contempt.

Nexlink obtained a default judgment in the Eastern District of Michigan against defendants Nick Glassburn and Tower Wireless, Ltd. in the amount of $101,189.91. Netlinx registered the judgment in the Southern District of Ohio. On December 20, 2012, Nexlink served a subpoena on defendants seeking documents about their finances and assets. Defendants failed to produce the documents.

On March 7, 2013, the Magistrate Judge granted plaintiff's unopposed motion to compel defendants Nick Glassburn and Tower Wireless, Ltd. to produce the documents plaintiff subpoenaed. Defendants failed to obey that order. On May 3, 2013, the Magistrate Judge ordered Nick Glassburn and Tower Wireless, Ltd. to either fully comply with the subpoena by May 18 or, failing to do so, appear for a show cause hearing on

May 23, 2013. Defendants failed to comply with the subpoena and failed to appear for the May 23 show cause hearing.

Under the provisions of 28 U.S.C. § 636(e)(4), the above facts are CERTIFIED to the United States District Judge.  It is RECOMMENDED that the District Judge order defendants to SHOW CAUSE why they should not be held in civil contempt.

The Clerk of Court is DIRECTED to serve this Certification and Recommendation on defendant by both regular and certified mail.

s/Mark R. Abel  
United States Magistrate Judge